# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

April 15, 2013

Barbara S. Sale, Esquire
Chief, Criminal Division
Office of the United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, MD 21201

Re: *United States v. Daryl Cash*, Criminal No. WDQ 10-cr-0792

Dear Ms. Sale:

Please provide the government's position on a change in sentence for the above-captioned defendant. I would appreciate receiving your response by June 14, 2013.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc: Thomas Sarachan, Esquire